UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD JORDAN,<br><br>Defendant. | Case No. 1:20-cr-00224-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant Donald Jordan's Motion to Extend Self-Surrender Deadline (Dkt. 42). The Government opposes the motion. For the reasons explained below, the Court will deny the motion.

# ANALYSIS

On November 9, 2021, the Court sentenced Mr. Jordan to 84 months imprisonment and permitted Mr. Jordan to self-surrender at the designated time and place as notified by the Probation or Pretrial Services Office. Since then, the BOP informed Mr. Jordan that he would be required to self-surrender on December 22, 2021.

Now, Mr. Jordan asks the Court to extend his deadline to report. The

MEMORANDUM DECISION AND ORDER - 1

Government opposes the motion. The timing of the filing—a mere two days before Mr. Jordan is due to surrender to the BOP—deprives the Government of an opportunity to respond in writing.

The Court does not find good cause to grant Mr. Jordan's motion. First, Mr. Jordan points to the increased health risks from the Omicron variant of COVID-19. Mr. Jordan does not disclose any medical conditions making him more vulnerable to becoming seriously ill should he contract COVID-19. Mr. Jordan is fully vaccinated against the virus, including obtaining a booster shot. *Id.* Furthermore, FCI Terminal Island currently has no confirmed active COVID-19 cases among inmates and only five among staff. *See* https://www.bop.gov/coronavirus/ (last visited December 20, 2021). It is not clear that Mr. Jordan will be at a significantly greater risk from the Omicron variant in prison than elsewhere.

Second, Mr. Jordan asks for additional time to help his wife secure and move into affordable housing. On this point, however, he states simply that they "have not been able to accomplish this move" in the nearly six weeks between his sentencing hearing and his report date. *Id.* He does not offer a detailed description of his previous efforts or immediate next steps. His claim is vague and unpersuasive. As the Court noted at Mr. Jordan's sentencing hearing, the collateral consequences of Mr. Jordan's conviction, while undoubtably shattering for his

MEMORANDUM DECISION AND ORDER - 2

family, arise from Mr. Jordan's crime, not the Court imposing a just sentence.

## ORDER

**IT IS ORDERED that:**

1. Defendant's Motion to Extend Self-Surrender Deadline (Dkt. 42) is **DENIED**.



DATED: December 20, 2021

_____

B. Lynn Winmill

U.S. District Court Judge